# UNITED STATES DISTRICT COURT
# THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | Case No. 2:18-md-2846<br><br>Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Kimberly A. Jolson |
| **This document relates to:**<br>*Osburn v. Davol, Inc. et al.*<br>Case No. 2:20-cv-4854 | |

## ORDER

On November 8, 2022, the Court ordered Plaintiff to perfect service pursuant to Civil Rule 4. (ECF No. 5.) On November 22, 2022, Defendants filed a notice that Plaintiff had not complied with the Court's order. (ECF No. 6.) Therefore, Defendants' Motion to Dismiss for Failure to Serve Complaint (ECF No. 6) is **GRANTED** and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**. Defendants' original motion to dismiss (ECF No. 3) and a motion that appears to have been filed in error (ECF No. 2) are **DENIED AS MOOT**.

IT IS SO ORDERED.


**2/23/2023**               s/Edmund A. Sargus, Jr.
**DATE**                    EDMUND A. SARGUS, JR.
                            UNITED STATES DISTRICT JUDGE